# IN THE UNITED STATE DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

JEFFREY M. TILTON and LOIS TILTON  )
            )
   Plaintiffs,      )  Civil Action No. 07-733
            )
   v.         )
            )
VAIL RESORTS, INC., a Delaware   )
Corporation,        )
            )
   Defendant.     )

## <u>PLAINTIFFS' NOTICE OF DIMISSAL</u>

   Plaintiffs, by and through their attorney, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants Vail Resorts, Inc. without prejudice.

   Defendant has not filed an answer to the complaint or a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate

         <u>/s/ Bruce L. Hudson</u>
         Bruce L. Hudson, Esq.
         800 King Street, Suite 302
         Wilmington, DE 19801
         (302)656-9850
         Attorney for Plaintiffs

Dated: March 17, 2008

<u>CERTIFICATE OF SERVICE</u>

I, Bruce L. Hudson, hereby certified that I have caused a copy of the Plaintiffs'

Notice of Dismissal to be served on defendant by email.


<u>/s/ Bruce L. Hudson</u>
  Bruce L. Hudson, Esq.
  800 King Street, Suite 302
  Wilmington, DE 19801
  (302)656-9850
  Attorney for Plaintiffs


Dated: March 17, 2008